UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                           Civil No. 21-cr-49-SE

<u>Michael Cicciu</u>

<u>FINAL ORDER OF FORFEITURE</u>

1. A Preliminary Order of Forfeiture was entered against Michael Cicciu on June 14, 2022, ordering Cicciu to forfeit his right, title, and interest in the following asset: Land and Buildings located at 315 East High Street, Manchester, New Hampshire, with all Appurtenances and Improvements Thereon ("the Property").[1] Doc. no. 39.

2. Pursuant to 21 U.S.C. § 863(n) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States published notice of the forfeiture on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on June 23, 2022, and ending on July 22, 2022. Doc. no. 48-1.

3. The Preliminary Order of Forfeiture became final as to the defendant on August 26, 2022, the date of sentencing. <u>See</u> doc. no. 47 at 7.

---

[1] See Attachment A for legal description of the Property.

4. Two third parties have filed petitions asserting an interest in the Property: Travelers Property Casualty Co. filed a Verified Petition on August 12, 2022, to adjudicate its claimed interest in the Property pursuant to a judgment lien, doc. no. 45, and Monet Credit, LLC filed a Petition on September 21, 2022, to adjudicate its claimed interest in the Property pursuant to a judgment lien, doc. no. 50.

5. On September 22, 2022, a stipulation was filed detailing the terms of an agreement between the United States and Monet Credit, LLC to settle Monet Credit's third-party interest in the Property. Doc. no. 51.

6. On September 26, 2022, a stipulation was filed detailing the terms of an agreement between the United States and Travelers Property Casualty Co. to settle Travelers' third-party interest in the Property. Doc. no. 52.

7. There are no other known potential third-party claimants to the Property. The deadline for filing all claims has elapsed. See 21 U.S.C. § 853(n)(2).

8. The court finds that the defendant, Michael Cicciu, had interest in the Property, which is subject to forfeiture pursuant to 21 U.S.C. § 853.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

that all rights, title, and interest to the Property shall be forfeited to the United States of America, subject to the superior interests of Travelers Property Casualty Co. and Monet Credit, LLC pursuant to 21 U.S.C. § 853.

The court shall retain jurisdiction to enter any orders necessary to amend to enforce this order.

IT IS FURTHER ORDERED that the Clerk shall send two certified copies of this Final Order of Forfeiture to the United States Marshal's Service, one certified copy to the United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck and a copy to all counsel of record.

**So Ordered.**

Dated: October 07, 2022

_____
Samantha D. Elliott
United States District Judge